In the Matter of L. EDWARD LEARY, an Attorney, Respondent.— Referee's report confirmed as to the findings sustaining specifications C and D and disapproved as to specifications A and B, and specifications A and B found sustained and respondent disbarred. All concur. Present — Sears, P. J., Edgcomb, Crosby and Lewis, JJ.

In the Matter of ISRAEL SCHOENBERG, an Attorney, Respondent.— Report of referee confirmed as to findings upon the specifications and order entered suspending respondent from practice for a period of one year and thereafter until the further order of this court. All concur. Present — Sears, P. J., Edgcomb, Crosby and Lewis, JJ.